FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRANBERRY, | Case No. CV 07-6365-JVS (JTL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| F.B. HAWS, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  8.18.08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE